**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case No.: 20-19836-AJC
                                                                        Chapter 13

Marco T Barrios
Maria Barrios

_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| *16* | *Internal Revenue Service* | *$5,099.44* |

Basis for Objection and Recommended Disposition

On or about October 13, 2020, Creditor filed a proof of claim in the amount of $5,099.44 with $4,785.68 as a priority portion of the claim for an estimated tax claim for the year 2019. The Debtors filed their 2019 tax return and calculated that they do not have any tax liability. The Debtors request that the Creditor remove its priority portion of the claim as there was no tax liability per the Debtor's 2019 income tax return and reduce the claim to the general unsecured portion of the claim in the amount of $313.76. In the alternative, the Debtors seek to strike the priority portion of the claim and allow the general unsecured portion as stated above.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  November 3, 2020                   Respectfully Submitted:
                                           Robert Sanchez, P.A.
                                           355 West 49th Street
                                           Hialeah, FL 33012
                                           Fl. Bar No. 0442161
                                           Telephone: (305) 687-8008
                                           E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)