UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No: 20-19836-AJC
Chapter 13

Marco T Barrios
Maria  Barrios
              Debtor(s)        /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Agreed Order to Employer to Deduct and Remit and for Related Matters all interested parties on November 4, 2020 as follows:

Electronically:

Nancy K. Neidich, Trustee

Via First Class Mail:

Debtor(s), Marco T Barrios
Maria  Barrios
466 E 56th Street,
HialeahFL33013-1344

Universal Cargo Doors & Service, LLC
Attn: Payroll Department
8490 NW 68th Street
Miami, FL 33166

        Respectfully Submitted:
        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161