

**ORDERED in the Southern District of Florida on December 7, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:   Marco Barrios<br>         Maria Barrios<br><br>             Debtors           / | Case No.: 20-19836-AJC<br><br>Chapter 13 |

**AGREED ORDER CONTINUING MOTION TO VALUE AND DETERMINE SECURED
STATUS OF LIEN ON PERSONAL PROPERTY HELD BY
CAPITAL ONE AUTO FINANCE [#18]**

**THIS MATTER** having come to be heard on November 17. 2020 at 9:00 AM, upon Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property Held by Capital One Auto Finance [herein "Motion"; ECF#18], and the Court noting the agreement of the parties to continue the matter, IT IS;

**ORDERED AND ADJUDGED:**

The hearing on the Motion is **CONTINUED** to:

        **Date: January 26, 2021**
        **Time: 9:00 a.m.**
        **Location: By telephone through Court Solutions LLC**

Until further notice or unless directed otherwise, the court will ONLY hold telephonic hearings. The following telephonic service provider Court Solutions (917) 746−7476 will be permitted in ALL matters. Individuals not represented by counsel will be able to use the telephonic services FREE of charge. All attorneys shall advise their clients NOT to appear at the courthouse.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.