UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Marco T Barrios                    Case No. 20-19836-AJC-
    Maria Barrios
        Debtor(s).                     Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Agreed Order

Continuing Hearing On Motion to Value and Determine Secured Status of Lien on

Personal Property was sent to all parties on the attached service list on December 8, 2020.

Electronically: Nancy K. Neidich, Trustee; Gavin N. Stewart, Esq., Attorney for Capital One

First Class Mail:
Capital One Bank,
c/o Gavin N. Stewart, Esq.
P.O. Box 5703
Clearwater, FL 33758

Capital One Bank
c/o Richard Fairbank, CEO
1680 Capital One Drive
McLean, VA 22102-3491

Capital One Bank, N.A.
c/o Richard Fairbank, CEO
4851 Cox Road
Glen Allen, VA 23060

Capital One Bank
c/o CORPORATION SERVICE COMPANY, R.A.
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Debtor(s), Marco T Barrios Maria Barrios
466 E 56th Street
Hialeah, FL 33013-1344

AIS Portfolio Services, LP
c/o Ketan Sawarkar, Claims Proc.
4515 N Santa Fe Ave. Dept. APS
Oklahoma City OK 73118

                                                    Respectfully Submitted:

                                                    **ROBERT SANCHEZ, P.A.**
                                                    Attorney for Debtor
                                                    355 West 49th Street
                                                    Hialeah, FL 33012
                                                    Tel. 305-687-8008

                                                    By:*/s/ Robert Sanchez*
                                                    Robert Sanchez, Esq., FBN#0442161