UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

                                                                                                Case No.: 20-19836-AJC
                                                                                                Chapter 13

Marco T Barrios
Maria Barrios

                         Debtor(s)      /

**OBJECTION TO CLAIM ON SHORTENED NOTICE AND MOTION FOR
ATTORNEY'S FEES AND COSTS**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION
TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 1 | Cavalry SPV I, LLC / As assignee of Bank of America / FIA Card Services, N.A. | $4,689.15 |

Basis for Objection and Recommended Disposition

On or about September 14, 2020, Creditor filed a general unsecured proof of claim in the amount of $4,689.15 for a Credit Card account ending in 6691. The proof of claim omits the last transaction and last payment dates; however, it lists that the account was charged off on July 31, 2009. The Debtors do not recognize this claim and this claim is barred by the statute of limitations. The Debtors request this claim be stricken and disallowed.

Upon reviewing the claim, the undersigned sent an email on February 4, 2021 to the address listed on the proof of claim (Attached as Exhibit "A"). The email stated to withdraw the above-mentioned proof of claim by February 11, 2021; otherwise, the undersigned would have to be forced to file this instant Objection and seek attorney's fees and costs for not complying with the email. As of the date of the filing of this Objection, the Creditor has not withdrawn or even responded to said email. Therefore, the undersigned requests reasonable attorney's fees and costs for having to prosecute this Objection when a simple

withdrawal of claim could have been filed by the Creditor.

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 2 | *Cavalry SPV I, LLC / As assignee of Bank of America / FIA Card Services, N.A.* | $5,604.97 |

Basis for Objection and Recommended Disposition

On or about September 14, 2020, Creditor filed a general unsecured proof of claim in the amount of $5,604.97 for a Credit Card account ending in 7770. The proof of claim omits the last transaction and last payment dates; however, it lists that the account was charged off on July 31, 2009. The Debtors do not recognize this claim and this claim is barred by the statute of limitations. The Debtors request this claim be stricken and disallowed.

Upon reviewing the claim, the undersigned sent an email on February 4, 2021 to the address listed on the proof of claim (Attached as Exhibit "A"). The email stated to withdraw the above-mentioned proof of claim by February 11, 2021; otherwise, the undersigned would have to be forced to file this instant Objection and seek attorney's fees and costs for not complying with the email. As of the date of the filing of this Objection, the Creditor has not withdrawn or even responded to said email. Therefore, the undersigned requests reasonable attorney's fees and costs for having to prosecute this Objection when a simple withdrawal of claim could have been filed by the Creditor.

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 21 | *Cavalry SPV I, LLC / As assignee of Bank of America / FIA Card Services, N.A.* | $3,812.93 |

Basis for Objection and Recommended Disposition

On or about November 13, 2020, Creditor filed a general unsecured proof of claim in the amount of $3,812.93 for a Credit Card account ending in 1290. The proof of claim states that the last transaction and the last payment dates were on January 26, 2009 and that the account was charged off on August 31, 2009. The Debtors do not recognize this claim and this claim is barred by the statute of limitations. The Debtors request this claim be stricken and disallowed.

Upon reviewing the claim, the undersigned sent an email on February 4, 2021 to the address listed on the proof of claim (Attached as Exhibit "A"). The email stated to withdraw the above-mentioned proof of claim by February 11, 2021; otherwise, the undersigned would have to be forced to file this instant Objection and seek attorney's fees and costs for not complying with the email. As of the date of the filing of this Objection, the Creditor has not withdrawn or even responded to said email. Therefore, the undersigned requests reasonable attorney's fees and costs for having to prosecute this Objection when a simple withdrawal of claim could have been filed by the Creditor.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the

confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Wherefore, the Debtors request an Order sustaining this instant Objection in disallowing the claims and granting the request for Creditor to pay within fourteen (14) days the undersigned its reasonable attorney's fees and costs expended in prosecuting this Objection.

DATED:  February 18, 2021                    Respectfully Submitted:
                                             Robert Sanchez, P.A.
                                             355 West 49th Street
                                             Hialeah, FL 33012
                                             Fl. Bar No. 0442161
                                             Telephone: (305) 687-8008
                                             E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)