**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  Case No.: 20-19836-AJC-
    Marco T Barrios & Maria Barrios  Chapter 13
        Debtor(s)     /

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

    *This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 12 | *Specialized Loan Servicing/SLS* | $230,420.00 |

Basis for Objection and Recommended Disposition:
On or about September 28, 2020, Creditor filed a secured proof of claim in the amount of $*230,420.00* and an arrearage in the amount of $18,615.47 for the Debtors' mortgage account on the Debtor's property; account ending in xxxxxx6149. The Creditor was initially paid directly and treated outside the plan for the first three months of the plan. On January 18, 2021, the Debtors filed their Second Amended Plan proposing a cure of the full amount of the arrears and maintaining the regular payments starting at Month 4 since the Creditor had previously received three monthly payments of $1,867.55 totaling $5,602.65 (herein the "Direct Amount"). The Debtors request that the Proof of Claim be allowed as filed with the exception of allowing the Direct Amount that was paid directly to the Creditor to be considered as it were paid in the plan.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  February 18, 2021      Respectfully Submitted:
    Robert Sanchez, Esq.
    355 West 49th Street
    Hialeah, FL 33012
    Fl. Bar No. 0442161
    Telephone: (305) 687-8008

LF-70 (rev. 12/01/09)