UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No.: 20-19836-AJC-

    Marco T Barrios
    Maria Barrios
        Debtor(s).  Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of the Specialized Loan Servicing/SLS and Notice of Hearing was sent to all parties on the attached service list on February 18, 2021.

Electronically & Mailed: Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027

**CERTIFIED MAIL:**
Specialized Loan Servicing LLC
c/o Toby Wells, CEO
6200 S. Quebec Street
Greenwood Village, CO 80111

First Class Mail:

Debtor(s), Marco T Barrios; Maria Barrios
466 E 56th Street
Hialeah, FL 33013-1344

Specialized Loan Servicing, LLC
Bonial & Associates, P.C.
Natalie Lea, Auth. Agent
P.O. Box 9013
Addison, TX 75001

Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

**Specialized Loan Servicing, LLC**
UNITED AGENT GROUP INC., R.A.
11380 PROSPERITY FARMS RD. #221E
PALM BEACH GARDENS, FL 33410

**Specialized Loan Servicing, LLC**
c/o Toby Wells, CEO
PO Box 631873
Littleton, CO 80163

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
By:*/s/ Robert Sanchez, Esq.* FBN#0442161
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

LF-70 (rev. 12/01/09)