**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Marco Barrios                                    Case No.: 20-19836-AJC-
         Maria Barrios                                    Chapter 13
                Debtor(s)         /

**APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES**
**OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR**

Applicant, Robert Sanchez, Esq. and the Law Offices of Robert Sanchez, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

|  |  |
|---|---|
| Total Fees Requested: | $ 7,000.00 |
| Total Expenses to be Reimbursed: | $ 100.00 |
| Amount Received To-Date:<br>**(exclusive of filing fees)** | $ 1,470.00 |
| Amount to be Paid through Plan: | $ 5,630.00 |

1.      The amount requested, if allowed, will be paid in full after  14  monthly payments under the plan.

2.      A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B" for the pre-confirmation period from February 17, 2020 to March 23, 2021.

3.      Applicant estimates that an additional    n/a    hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:  n/a.

4.      The following is a short statement of any unusual, troublesome or unique

LF-69 (rev. 12/01/09)

aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

  Debtor and counsel had detailed conversations regarding the various trustee's deficiency for confirmation requests. The consultations required more than the usual time compared to other similarly situated clients and plan changes were requested. This resulted in a few confirmation hearing continuances.

A Secured Creditor was successfully stripped down from $9,057.18 to $3,000.00 with a reduced interest rate from 11.39% to 5.25%. This was done through an agreed order after several negotiation discussions.

The IRS also filed a proof of claim that was objected to. Several creditors filed stale claims that were later withdrawn through the undersigned's efforts. The ones that did not comply were objected to and set for hearing.

The most complicating factor was that the Debtors thought they were current on their mortgage and were treating said mortgage outside and directly and initially disputed the claim arrearage amount. In the end, the plan was converted a to cure and maintain plan to provide for the cure of said arrears in full. This also resulted in having the undersigned to vacate the wage deduction order that was previously entered.

Fees were voluntarily reduced by over $1,000.00 for this pre-confirmation period.

There are no charges in this Application for Fees for secretarial or typing time and no charges have been added for travel time to and from the Courthouse for any of the hearings.

     5.    The source of compensation previously paid to applicant was  the initial retainer paid by the Debtors.

     6.    Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.  (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

LF-69 (rev. 12/01/09)

**WHEREFORE**, Robert Sanchez, Esq. of Robert Sanchez, P.A. respectfully requests that this court enter an order awarding the attorney's fees requested in this application and for any other relief deemed just and proper in the circumstances.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**DATED:** February 23, 2021

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        355 W 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008
        By: /s/ Robert Sanchez, Esq.
        Robert Sanchez, Esq., FBN#0442161
        Attorney for Debtor

cc:    Debtor(s), Marco Barrios, Maria Barrios
       466 E 56th Street,
       Hialeah, FL 33013-1344

Chapter 13 Trustee Via CM/ECF
Nancy K. Neidich
PO Box 279806
Miramar, FL 33027

Assistant US Trustee Via CM/ECF
51 SW 1st Avenue, #1204
Miami, FL 33130