

ORDERED in the Southern District of Florida on April 16, 2021.

A. Jay Cristol, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                            Case No.: 20-19836-AJC
                                                                    Chapter 13

Marco T Barrios
Maria Barrios
_____Debtor(s)_____/

### ORDER SUSTAINING OBJECTIONS TO CLAIMS OF CAVALRY SPV I, LLC AS ASSIGNEE OF BANK OF AMERICA/FIA CARD SERVICES, N.A. AND AWARDING ATTORNEY'S FEES AND COSTS

THIS MATTER having come to be heard without objection on the consent calendar on March 23, 2021 at 9:00 AM upon Debtor's Objections to Claims of Cavalry SPV I, LLC as assignee of Bank of America/FIA Card Services, N.A. (ECF#65; claims #1, 2, & 21) and Motion for Attorney's Fees and Costs and based on the record, IT IS;

ORDERED AND ADJUDGED:

1.    The objections to the proofs of claim of Cavalry SPV I, LLC as assignee of Bank of America/FIA Card Services, N.A. are SUSTAINED.

2.    Claims 1, 2, and 21 are stricken and disallowed.

3.    Within fourteen days from the date of service of this Order, the Creditor shall pay $525.00 to Robert Sanchez, P.A., 355 W 49th Street, Hialeah, FL 33013 for reasonable attorney's fees and costs for the prosecution of the underlying Objection to claims.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

Respectfully Submitted:
Robert Sanchez, P.A.

LF-70 (rev. 12/01/09)

Robert Sanchez, Esq.; Fl. Bar No. 0442161
355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008
E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)