

**ORDERED in the Southern District of Florida on April 16, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

In re:  Case No.: 20-19836-AJC-
Chapter 13

    Marco T & Maria Barrios
            Debtor(s)    /

## ORDER SUSTAINING OBJECTION TO CLAIM OF SPECIALIZED LOAN SERVICING/SLS

THIS MATTER having come to be heard without objection on March 23, 2021 at 9:00 AM upon Debtor's Objection to Claim of Specialized Loan Servicing/SLS (ECF#69; claim #12-1) and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The objection to the proof of claim of Specialized Loan Servicing/SLS is SUSTAINED.

2. The claim is allowed as filed except for allowing the direct and regular maintenance payments of the first three months post-petition, which totals $5,602.65, to be discounted from the direct and regular maintenance payment amount where said payments were paid directly to the Creditor.

3. Thus, said payments are considered as if they were paid in the plan.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

Respectfully Submitted:
Robert Sanchez, P.A.
Robert Sanchez, Esq.; Fl. Bar No. 0442161
355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008

LF-70 (rev. 12/01/09)