

ORDERED in the Southern District of Florida on April 16, 2021.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  Marco Barrios                              Case No.: 20-19836-AJC-
        Maria Barrios                              Chapter 13
            Debtor(s)        /

**ORDER GRANTING APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR**

   **THIS APPLICATION** came to be heard on  March 23, 2021 at 9:00 AM   upon the Debtors' Counsel's Application for Compensation for Professional Services or Reimbursement of Expenses (herein the "Application") [ECF#75], and based upon the record, it is
**ORDERED**:
1.   The Debtor's Counsel, Robert Sanchez, Esq. of Robert Sanchez, P.A., is awarded the sum of $7,000.00 in attorney's fees and costs in the amount of $100.00 for a total of $7,100.00 for the period sought in the Application. The balance due of $5,630.00 is to be paid pursuant to the Debtor's Chapter 13 Plan.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.

Respectfully Submitted By:
Robert Sanchez, Esq., FBN#0442161
Attorney for Debtor
ROBERT SANCHEZ, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

LF-69 (rev. 12/01/09)