UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Marco T. Barrios
Maria Barrios,

Case No.: 20-19836-AJC
Chapter 13

       Debtor(s).
_____/

### TRUSTEE'S MOTION TO REDIRECT PAYMENT
### OF SPECIALIZED LOAN SERVICING, LLC
### AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K. Neidich, Standing Chapter 13 Trustee, files the instant *Motion to Redirect Payment* and states as follows:

1. The Debtor filed a Voluntary Bankruptcy Petition under Chapter 13 of the Bankruptcy Code on September 10, 2020.

2. Debtors' confirmed Chapter 13 Plan [ECF No. 73] provides for payments to Specialized Loan Servicing LLC in conformance with its filed Proof of Claim (POC No. 12-1). Debtors' confirmed plan provides for arrearages in the amount of $18,615.47

3. On March 22, 2021, Specialized Loan Servicing, LLC amended its proof of claim (POC No. 12-2) which provides for arrearages in the amount of $13,012.82.

4. The Trustee seeks authorization to redirect any payments designated to Specialized Loan Servicing, LLC above the amounts listed in Proof of Claim No. 12-2 to be paid pro-rata to general unsecured creditors, or, if none, to the Debtor(s).

**WHEREFORE**, the Trustee requests the Court enter an order allowing the Trustee to redirect priority plan payments designated to the Specialized Loan Servicing, LLC, above the amounts listed in Proof of Claim No. 12-2 to be paid pro-rata to general unsecured creditors, or, if none, to the Debtor(s) and for any further relief the Court deems necessary.

 

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: _____/s/ Kenia Molina_____
Kenia Molina, Esq.
FLORIDA BAR NO: 0085156
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: **NOVEMBER 2, 2021**

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on _NOVEMBER 2, 2021_, via CM/ECF on Counsel for the Debtor and via U.S. first class mail to the following.


Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, Colorado 80111

Bonial & Associates, P.C.
P.O. Box 9013
Addison, Texas 75001
(POC No. 12-2)

Specialized Loan Servicing, LLC
c/o United Agent Group, Inc., Registered Agent
801 US Highway 1
North Palm Beach, FL 33408

Specialized Loan Servicing
c/o Toby E. Wells, Manager
8742 Lucent Boulevard
Suite 300
Highlands Ranch, CO 80129

_Kenia Molina_
Kenia Molina, Esq.