IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Marco T Barrios, | § § | Case No.: 20-19836-AJC |
| Maria Barrios, | § § | Chapter: 13 |
| | § § | |
| Debtors. | § | |

### RESPONSE TO TRUSTEE'S MOTION TO REDIRECT PAYMENT OF SPECIALIZED LOAN SERVICING, LLC (DOC. NO. 98)

Specialized Loan Servicing LLC (the "Secured Creditor"), as a secured creditor of the bankruptcy estate Marco T Barrios and Maria Barrios (the "Debtor"), files the below Response to Trustee's Motion to Redirect Payment of Specialized Loan Servicing, LLC (Doc. No. 98), states as follows:

1. On September 10, 2020, the above captioned petition was filed under Chapter 13 of the Bankruptcy Code.

2. Secured Creditor services the mortgage lien on the property located at 466 E. 56th Street, Hialeah, Florida.

3. On November 02, 2021, the Chapter 13 Trustee filed a Motion to Redirect Payment of Specialized Loan Servicing, LLC (Doc. No. 98).

4. Secured Creditor agrees with the assertions of the Trustee has alleged in the Motion.

5. Secured Creditor does not object to the Trustee's Motion.

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay and for such other relief as may be appropriate.

                                                          McCalla Raymer Leibert Pierce, LLC

By:  */s/ Toni Townsend*
      Toni Townsend
      Bar 1022285
      *Admitted to practice in the Southern District of Florida
      Phone: (312) 476-5174
      Email: Toni.Townsend@McCalla.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 11/09/2021 a true and correct copy of the foregoing was served by U.S. Mail, First Class to:

Marco T Barrios
466 E 56th Street
Hialeah, FL 33013-1344

Maria Barrios
466 E 56th Street
Hialeah, FL 33013-1344

and those parties receiving CM/ECF service

Robert Sanchez, Esq, Esq.
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027

By: */s/ Toni Townsend*
     Toni Townsend