**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☐ | _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ■ | THIRD _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Marco Barrios     JOINT DEBTOR: Maria Barrios     CASE NO.: 20-19836-AJC

SS#: xxx-xx- 9286     SS#: xxx-xx-8032

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | | |
|---|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,416.86 _____ for months 1 to 24 ;

2. $3,300.17 _____ for months 25 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| | | | |
|---|---|---|---|
| Total Fees: $1,500.00 | Total Paid: $525.00 | Balance Due: $975.00 |

Payable $304.64 /month (Months 25 to 27 )

Payable $61.08 /month (Months 28 to 28 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Jose A. Blanco, P.A. $975 + $525 Motion to Modify

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

| | | | |
|---|---|---|---|
| Total Fees: $7,625.00 | Total Paid: $1,995.00 | Balance Due: $5,630.00 |

Payable $234.58 /month (Months 1 to 24 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Robert Sanchez, P.A. $7,625.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Specialized Loan Servicing, LLC [POC# 12-2]

LF-31 (rev. 04/01/22)

Debtor(s): Marco Barrios, Maria Barrios          Case number: 20-19836-AJC

| | | | | | |
|---|---|---|---|---|---|
| Address: 6200 S. Quebec Street Greenwood Village, CO 80111 per ECF#26 | Arrearage/ Payoff on Petition Date | $13,012.82 | | | |
| | Arrears Payment (Cure) | $161.64 | /month (Months 1 to 24 ) | | |
| | Arrears Payment (Cure) | $50.00 | /month (Months 25 to 27 ) | | |
| Last 4 Digits of Account No.: 6149 | Arrears Payment (Cure) | $272.23 | /month (Months 28 to 60 ) | | |
| | Regular Payment (Maintain) | $1,656.35 | /month (Months 1 to 24 ) | | |
| | Regular Payment (Maintain) | $2,565.51 | /month (Months 25 to 60 ) | | |

Other: _____

☑ Real Property

  ☑ Principal Residence

  ☐ Other Real Property

Check one below for Real Property:

☑ Escrow is included in the regular payments

☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
466 E 56 Street, Hialeah, FL 33013

☐ Personal Property/Vehicle

Description of Collateral: _____

**B.  VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

  **1.  REAL PROPERTY:** ☑ NONE

  **2.  VEHICLES(S):** ☐ NONE

| | | |
|---|---|---|
| 1.  Creditor: Capital One Auto Finance a division of Capital One, NA c/o AIS Portfolio Services, LP | Value of Collateral: $3,000.00<br>Amount of Creditor's Lien: $9,057.18 | **Payment**<br>Total paid in plan: $3,417.48 |
| Address: POB 4360 Houston, TX 77210 | Interest Rate: 5.25% | $55.58 /month (Months 1 to 24 ) |
| Last 4 Digits of Account No.: 9719 | | $50.00 /month (Months 25 to 28 ) |
| VIN: WDDDJ75X66A071628 | | $58.86 /month (Months 29 to 60 ) |
| Description of Collateral:<br>2006 Mercedes-Benz CLS500 Sedan | | |
| Check one below:<br>☑ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | | |

  **3.  PERSONAL PROPERTY:** ☑ NONE

**C.  LIEN AVOIDANCE** ☑ NONE

**D.  SURRENDER OF COLLATERAL:** ☑ NONE

**E.  DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon

confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. United Consumer Financial Services | 5950 | Household Item |

**IV.**     <u>**TREATMENT OF FEES AND PRIORITY CLAIMS**</u> [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ■ NONE

**V.**     <u>**TREATMENT OF UNSECURED NONPRIORITY CREDITORS**</u>     ☐ NONE

     **A.**   Pay    $141.86    /month (Months  1  to  24  )

        Pay    $0.00    /month (Months  25  to  27  )

        Pay    $243.56    /month (Months  28  to  28  )

        Pay    $66.61    /month (Months  29  to  60  )

        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

     **B.**   ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

     **C.**   <u>SEPARATELY CLASSIFIED:</u>   ■ NONE

**VI.**     <u>**STUDENT LOAN PROGRAM**</u> ■ NONE

**VII.**     <u>**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**</u> ■ NONE

**VIII.**     <u>**INCOME TAX RETURNS AND REFUNDS:**</u>

     ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX.**     <u>**NON-STANDARD PLAN PROVISIONS**</u> ☐ NONE

     ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

     This 3AP begins the Debtors' Cure and Maintain Plan for POC#l2-1 in month 4 (January) since the Debtors made the first three Regular Payments (Maintain) post-petition directly to the lender. The Cure portion of the plan begins from month 1. The Maintain Regular Payments begin on month 4.

     ☐ Mortgage Modification Mediation

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| _____   Debtor   _____ | _____   Joint Debtor   _____ |
| Marco Barrios         Date | Maria Barrios         Date |

/s/ Jose A. Blanco, Esq.        October 8, 2022
_____     _____
                                    Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1]This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.