UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Marco T Barrios                           Case No.: 20-19836-AJC-
        Maria Barrios                             Chapter 13

_____Debtor(s)_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Modify, the Third Modified Plan, and the Notice of Hearing was sent to all parties on the attached service list on October 11, 2022.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Marco Barrios, Maria Barrios
466 E 56th Street,
Hialeah, FL 33013-1344

All Creditors on the Matrix

        Respectfully Submitted:
        **JOSE A. BLANCO, P.A.**
        By: */s/ Jose A. Blanco* |     FBN: 062449
        Attorney for Debtor(s)
        102 E 49th ST
        Hialeah, FL 33013
        Tel. (305) 349-3463