

**ORDERED in the Southern District of Florida on October 4, 2024.**

*Corali Lopez-Castro*
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Marco Barrios                                           Case No.: 20-19836-CLC
         Maria Barrios                                           Chapter 13
                     Debtor(s)                    /

**Agreed Order Determining Debtor Has Cured Default and Paid All Required Postpetition Amounts to [NewRez LLC d/b/a Shellpoint Mortgage Servicing f/k/a/ Specialized Loan Servicing POC#12]**

(X)   The debtor filed a notice of final cure payment [ECF#166] on September 7, 2024.
On September 26, 2024, the Creditor filed in the Claims Register [POC#12] a supplemental Response to Notice of Final Cure Payment Rule 3002.1 indicating that the Debtor has cured all defaults and has paid all required postpetition amounts under Rule 3070-1(E). The Debtor and the Creditor have agreed to the entry of the relief herein. The Debtor and Creditor are requesting entry of this Agreed Order determining that the debtor has cured the default, paid all required postpetition amounts, and that the loan is current as the next postpetition payment that is due is on November 1, 2024.

(  )   This matter came before the court on _____, _____ at _____ on [chapter 13 trustee's] [debtor's] motion (ECF #_____) to determine that the debtor has cured the default and paid all required postpetition amounts.  The motion states that the holder of the claim filed a response objecting to the notice of final cure payment on _____ and therefore, as provided under Bankruptcy Rule 3002.1(h), the [chapter 13 trustee] [debtor]  seeks determination as to whether the debtor has cured the default and paid all required postpetition amounts.  The court finds after hearing and notice that the motion shall be granted.

F-81 (rev. 12/01/15)

Accordingly, pursuant to Bankruptcy Rule 3002.1(h), the court determines that the debtor has cured the default and paid all required postpetition amounts.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.

F-81 (rev. 12/01/15)