**CGFD28** (10/01/16)

**ORDERED in the Southern District of Florida on January 7, 2025**

**Corali Lopez−Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 20−19836−CLC**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Marco T Barrios
aka Marco Barrios, aka Marco Tulio Barrios
466 E 56th Street
Hialeah, FL 33013−1344

SSN: xxx−xx−9286

Maria Barrios
466 E 56th Street
Hialeah, FL 33013−1344

SSN: xxx−xx−8032

## FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.