| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Marco T. Barrios<br>aka Marco Barrios<br>aka Marco Tulio Barrios |
| Debtor 2<br>(Spouse, if filing) | Maria Barrios |

United States Bankruptcy Court for the Southern District of Florida
                                                                 (State)

Case number 20-19836-CLC

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Newrez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 12-2

**Last 4 digits** of any number you use to identify the debtor's account: 6149

**Property address:** 466 East 56th Street
Number        Street

Hialeah, FL 33013
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                    $_____

## Part 3: Postpetition Mortgage

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    11 /01 /2024
                                                                MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:       + (b) $_____
c. Total. Add lines a and b.                                             (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:
                                                MM/ DD/ YYYY

Form 4100R          **Response to Notice of Final Cure Payment**                page 1

| Debtor 1 | Marco T. Barrios | | | Case number *(if known)* | 20-19836-CLC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Can Guner
   Signature

Date 09/24/2024

Print   Can Guner
        First Name    Middle Name    Last Name

Title Authorized Agent

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   6409 Congress Avenue, Suite 100
          Number         Street

          Boca Raton          FL               33487
          City                State            ZIP Code

Contact   470-321-7112

Email  cguner@raslg.com

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 2

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on   September 26, 2024  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Marco T. Barrios
Maria Barrios
466 E 56th Street
Hialeah, FL 33013-1344

And via electronic mail to:

Jose A. Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                              By: /s/ Dena Eaves
                                              Dena Eaves
                                              deaves@raslg.com